IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDY MOLINA,

    Plaintiff,                    No. CIV S-08-2975 GEB GGH

vs.

CREDITORS SPECIALTY SERVICE, INC.,

    Defendant.                  ORDER

_____/

        Plaintiff's motions for default judgment and for attorneys' fees against defendant Creditors Specialty Service, Inc. presently are calendared for hearing on October 22, 2009. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motions. Accordingly, the court will not entertain oral argument, and will determine the motions on the record, including the briefing in support of the pending motions. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The October 22, 2009 hearing on the motions for default judgment and for attorneys' fees, filed September 25, 2009, is vacated; and

        2. The motions are submitted on the record.

DATED: October 16, 2009       /s/ Gregory G. Hollows

                                          U. S. MAGISTRATE JUDGE

GGH:076:Molina2975.vac.wpd

1