UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**Brandy Molina**

    v.

**Creditors Speciality Service, Inc.**

_____

**DEFAULT JUDGMENT**

Case No. CIV S-08-2975 GEB GGH

    **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED in the amount of $27,000 plus $5,815.50 in attorneys' fees against defendant:

    **Creditors Speciality Service, Inc.**

March 23, 2010

    VICTORIA C. MINOR, CLERK


    By:  _____/s/_____
    R. Matson, Deputy Clerk