**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| Brandy Molina, | Case No. 2:08-CV-02975-GEB-GGH |
| Plaintiff, | |
| v. | |
| Creditors Specialty Service, Inc. | **ORDER GRANTING STIPULATED SETTLEMENT** |
| Defendant. | |

The parties have entered into the following stipulation settlement:

1. Defendant shall to pay the Judgment entered by this Court on March 23, 2010, in the amount of $32,815.50.

2. Defendant shall make an initial payment of $5,000 to Plaintiff on or before May 15, 2011, payments of $2,500 per month for the first four months thereafter, and $1,000 per month for each subsequent month until the Judgment is satisfied.

3. If payment is not received, Plaintiff shall send written notice of non-payment to Defendant and Defendant's attorney.

4. Defendant shall be allowed a seven day grace period from receipt of written notice of non-payment by Defendant from Plaintiff.

5. If payment is executed on time and in accordance with this Stipulation, Plaintiff shall not execute the Judgment of March 23, 2010.

6. Upon full receipt of the Judgment by Plaintiff, Defendant shall be released from the Judgment and its obligations.

7. Upon the entering of this Stipulation of Settlement, Defendant shall withdraw its Motion to Vacate Default and Default Judgment filed on March 21, 2011.

8. Plaintiff shall forego pursuing the recovery of additional attorney's fees and costs due to Defendant's Motion to Vacate Default and Default Judgment.

**IT IS SO ORDERED,** and in light of the stipulated settlement, Defendant's Motion to Vacate Default and Default Judgment filed on March 21, 2011, is deemed withdrawn.

4/27/11

GARLAND E. BURRELL, JR.
United States District Judge